IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

PHYLLIS WOLFF,                   *

                                 *

   PLAINTIFF,              *

                                 *

VS.                            *   CIVIL ACTION NO.:   CV-11-351

                                 *

ROYAL AMERICAN MANAGEMENT,   *

INC.,                   *

                                 *

   DEFENDANT.         *

## PLAINTIFF'S FEE PETITION

COMES NOW the Plaintiff Phyllis Wolff ("Wolff") pursuant to L.R. 54.3, 42 U.S.C. § 216(b), and this Court's Order dated April 18, 2012 (Doc. 54),  and submits this fee petition to the Court.[1]   In support hereof, the Plaintiff shows as follows:

**I.      INTRODUCTION:**

This is an action for the enforcement of the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.* ("FLSA") brought be Wolff against her former employer, Royal American Management, ("RAM"). According to Wolff's initial disclosures, Wolff sought overtime compensation in the amount of $1,800.00 and liquidated damages in the amount  $1,800.00 pursuant to Sections 207 and 216 (b) of the FLSA.[2] Therefore, Wolff's total claim for damages was $3,600.00.  On April 18, 2012, this Court entered an Order approving a settlement agreement pursuant to the requirements of Lynn's Food

---

[1]Wolff has also submitted a brief in support of this petition contemporaneously herewith.

[2]Wolff has attached a copy of her initial disclosures hereto as Exhibit 1. RAM acknowledged the amount in controversy in "Defendant's Tender of Full Payment and Motion to Dismiss Complaint with Prejudice."  (Doc. 18).

Stores, Inc. v. U.S. ex rel. U.S. Dep't of Labor, 679 F.2d 1350 (11th Cir. 1982) for the entire amount

requested.  (Doc.54).   Such an Order constitutes a consent decree that accomplishes the necessary

change in the legal relationship of the parties to serve as the basis for a court-awarded attorney's fee.

See Buckhannon Bd. & Care Home, Inc. v. West Virg. Dep't of Health & Human Resources, 532

U.S. 598, 121 S.Ct. 1835, 149 L.Ed.2d (2001).  Thus, Wolff is the "prevailing party" in this litigation.

Pursuant to Section 216(b), an award of attorneys' fees and costs to a prevailing plaintiff in

an FLSA action is mandatory.  Kraeger v. Soloman & Flanagan, P.A., 775 F.2d 1541, 1542 (11th Cir.

1985); see also Shelton v. Ervin, 830 F. 2d 182, 184 (11th Cir. 1987)("Section 216 provides for an

award of attorneys' fees, as opposed to granting the court discretion in awarding such fees to the

prevailing plaintiff in FLSA cases."). According to Hensley v. Echerhart, 461 U.S. 424 (1983), the

Court should make an award of attorneys' fees based upon a lodestar analysis of reasonable hours

devoted to the case multiplied by a reasonable hourly rate for each attorney.  The Court may also

enhance or reduce the lodestar figure by applying the factors discussed in  Johnson v. Georgia

Highway Express, Inc., 488 F.2d 714 (5th Cir. 1974).

**II.     EVIDENTIARY SUBMISSION FOR LODESTAR ANALYSIS:**

The Plaintiff has attached affidavits, billing records, and expense records from her attorneys

demonstrating the amount of time devoted to the pursuit of this case and the expenses incurred.

Those fees and expenses are outlined below:

A.     FEES:

| NAME | POSITION | RATE | HOURS | FEE |
|---|---|---|---|---|
| **Banks C. Ladd, P.C.:** | | | | |
| Banks C. Ladd | Attorney | $250.00 | 379.5 | $94,875.00 |

| | | | | |
|---|---|---|---|---|
| Mary Carol Ladd | Attorney | $250.00 | 36.10 | $9,025.00 |
| Stacie Vitello | Attorney | $100.00 | 106.40 | $10,640.00 |
| Stephanie Booth: | Attorney/Paralegal | $100.00 | 10.90 | $1,090.00 |
| Leigh McConnell | Paralegal | $80.00 | 1.5 | $120.00 |

**Sub-Total:   $115,630.00**

**The Seawell Firm:**

| | | | | |
|---|---|---|---|---|
| Henry Seawell | Attorney | $200.00 | 114.90 | $22,980.00 |

**Sub-Total:   $22,980.00**

**TOTAL FEE REQUEST**:   **$138,610.00**

B.     EXPENSES:

Banks C. Ladd, P.C.:          $1,750.44

The Seawell Firm:          $90.75

**TOTAL EXPENSE REQUEST:   $1,841.19**

# GRAND TOTAL:      $140,451.90

**II.     SUPPORTING AFFIDAVITS.**

Wolff has presented affidavits from local attorneys Richard Fuquay and Henry Brewster who are highly skilled employment and civil rights attorneys.  As stated in their affidavits, they are both familiar with the market rates for these services and the professional knowledge and skills of the plaintiff's attorneys in these proceedings.  They have provided testimony regarding both reasonable rates awarded in similar lawsuits as well as rates charged by local attorneys in cases of this nature. Based upon this testimony, they have stated that Wolff's attorneys should be awarded hourly rates as follows:

| NAME | POSITION | RATE | EXPERIENCE |
|------|----------|------|------------|
| Banks C. Ladd | Attorney | $250.00 | 18.5 Years |
| Mary Carol Ladd | Attorney | $250.00 | 16.5 Years |
| Henry Seawell | Attorney | $200.00 | 5.5 Years |
| Stacie Vitello | Attorney | $100.00 | 0.5 Years |
| Stephanie Booth | Attorney/Paralegal | $100.00 | 3.5 Years/5.0 Years[3] |
| Leigh McConnell | Paralegal | $80.00 | 10 Years |

**IV.    PRAYER FOR RELIEF.**

Based upon the foregoing, the Plaintiff requests an award of attorney fees in the amount of $138,610.00, and reimbursement for expenses in the amount of $1,841.19, for a total award of $140,451.90.

WHEREFORE, the Plaintiff respectfully requests that this Court enter an award of attorneys fees and expenses as requested above.  The Plaintiff requests all other relief that may be available to her as a matter of law equity.

/s/ Banks C. Ladd
BANKS C. LADD, LADDB2908
BANKS C. LADD, P.C.
Attorney for Plaintiff(s)
Post Office Box 1254
Mobile, AL  36633
Phone:  (251) 431-6014
Fax: (251) 431-6006
Email: banks@bcladd.com

---

[3]Ms. Booth is an attorney who worked as a secretary and paralegal for approximately five years before entering law school.

/s/ Henry R. Seawell

Henry R. Seawell, IV, SEAWH4741
The Seawell Firm, LLC
Attorney for Plaintiff
Post Office Box 40848
Mobile, Alabama 36640
Phone: (251) 476-4419
Facsimile: (251) 476-4870
Email: hseawell@seawellfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that  I either electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification to all parties, emailed the foregoing to all parties, or mailed a copy of the foregoing to the following.

Joel P. Smith, Jr., Esq.
Courtney R. Potthoff, Esq.
WILLIAMS, POTTHOFF, WILLIAMS & SMITH, LLC
125 South Orange Avenue
 Post Office Box 880
Eufaula, Alabama 36072-0880
Phone:           (334) 687-5834
Facsimile:       (334) 687-5722
Emails:          joelpsmith@bellsouth.net
                 cpotthoff@mindspring.com

Jamie B. Dokovna, Esq.
D. Andrew Byrne, Esq.
BECKER & POLIAKOFF, P.A.
121 Alhambra Plaza, 10th Floor
Coral Gables, FL 33134
Telephone: (305) 262-4433
Facsimile: (305) 442-2232
dbyrne@becker-poliakoff.com
jdokovna@becker-pliakoff.com

/s/ Banks C. Ladd

BANKS C. LADD